NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**AMERICAN SEATING COMPANY,**
*Plaintiff-Appellant,*

**v.**

**KUSTOM SEATING UNLIMITED, INC.,**
*Defendant-Appellee.*

———————————

2010-1312

———————————

Appeal from the United States District Court for the Western District of Michigan in Case No. 07-CV-1284, Judge Robert J. Jonker.

———————————

**JUDGMENT**

———————————

TODD R. DICKINSON, Fisher & Dickinson, P.C., of Ada, Michigan, argued for the plaintiff-appellant. Of counsel on the brief were CONRAD J. CLARK and CHRISTOPHER W. BRODY, Clark & Brody, of Alexandria, Virginia.

TERENCE J. LINN, Van Dyke, Gardner, Linn & Burkhart, LLP, of Grand Rapids, Michigan, argued for the defendant-appellee. With him on the brief was KARL T. ONDERSMA.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

    PER CURIAM (NEWMAN, GAJARSA, and MOORE, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| <u>January 24, 2011</u> | <u>   /s/ Jan Horbaly       </u> |
| Date | Jan Horbaly |
| | Clerk |